# AFFIDAVIT OF SERVICE

59351
MOSER- STE

Index No. CV 14-4449
Date filed
File No. 14-0003

**EASTERN DIST.** COURT, COUNTY OF **NEW YORK**

**MAXIMINO AGUILAR**

Plaintiff(s)

against

**ROLLIN DAIRY CORP., ET AL**

Defendant(s)

State of New York, County of Nassau    SS:

**NASSER ATRASH** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **BROOKLYN    NY    11219**

That on **8/5/2014** at **1:01 PM** at **PLACE OF BUS.** at **1320 MOTOR PARKWAY ISLANDIA    NY    11749**
deponent served the within
**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

on **JUAN MONGE C/O ROLLIN DAIRY CORP.**
(Defendant/Respondent) herein known as Recipient.

Said service was effected in the following manner:
**SUITABLE AGE PERSON**
by delivering a true copy of each to    **ANMA TORRES    COWORKER**
a person of suitable age and discretion. Said premises is defendant's actual place of business-dwelling house usual place of abode within the state

**APPROXIMATE DESCRIPTION**
| SEX | FEMALE | COLOR | WHITE | HAIR | BLACK | HEIGHT | 5'3" | WEIGHT | 130 |
| AGE | 25 | OTHER | | | | | | | |

**MILITARY CONFIRMATION**
I asked the person spoken to
**ANMA TORRES-COWORKER**
whether recipient is in active military service of the United States in any capacity whatever. Person answered in the negative. The source of my information and the grounds of my belief are the conversations narrated. Upon information and belief I aver that the defendant is not in the military service as that term is defined in the Federal statutes.

Sworn to before me on    8/6/2014

**SHAUL HORAN**
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2016

**NASSER ATRASH**
1295969

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353

59351
MOSER- STE

**AFFIDAVIT OF MAILING**

Index No. CV 14-4449
Date filed
File No. 14-0003

| EASTERN DIST. | COURT, COUNTY OF | NEW YORK |

MAXIMINO AGUILAR

Plaintiff(s)

against

ROLLIN DAIRY CORP., ET AL

Defendant(s)

State of New York, County of Nassau                    SS:

**RICHARD TEICH** being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides at **Bellmore NY 11710**

That on 8/6/2014 deponent mailed the within,
**SUMMONS IN A CIVIL ACTION AND COMPLAINT**

by regular 1st class mail in an envelope bearing the legend "personal and confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or action against the person.

To:   JUAN MONGE C/O ROLLIN DAIRY CORP.

At:   1320 MOTOR PARKWAY
      ISLANDIA                           NY          11749

Sworn to before me on        8/6/2014

SHAUL HORAN
Notary Public, State of New York
No. 01HO6108246
Qualified in Nassau County
Commission Expires 04/12/2016

Richard Teich

ALERT PROCESS SERVICE AGENCY, 185 Willis Avenue, Mineola, NY 11501 (516) 741-4353